IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01223-REB-KLM

ROBYN PAPADIMITRIO,

    Plaintiff,

v.

NORGREN, INC.

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2009

GREGORY C. LANGHAM
                CLERK

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order** [Docket No. 17; Filed September 9, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is accepted for filing and entered as a order of the Court as of today's date.

Dated: September 9, 2009